95715.81

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMANDA BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | CAUSE NO. 1:21-cv-02668 |

## NOTICE OF REMOVAL OF ACTION

Defendant Costco Wholesale Corporation, by counsel, and for its Notice of Removal of Action, states as follows:

1. On January 20, 2021, Plaintiff filed her Complaint against Defendant Costco Wholesale Corporation ("Costco") in Marion County Superior Court No. 6 of Indiana under Cause Number 49D06-2101-CT-002028.

2. In her Complaint, Plaintiff alleges that on September 6, 2020, she was an invitee on the Costco premises located at 9010 Michigan Road in Indianapolis, Indiana when a plastic partition constructed around the cashier collapsed on Plaintiff, causing her to suffer serious injuries.

3. Plaintiff alleges that she sustained damages because of the incident at the Costco store.

4. Plaintiff is a citizen of the State of Indiana.

5. Diversity of Citizenship is present, as Defendant Costco is incorporated under the laws of the State of Washington, with its principal place of business in Issaquah, Washington.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as Plaintiff's Complaint has an open prayer for damages and alleges that Defendant breached its duty to Plaintiff causing Plaintiff to sustain injuries and incur expenses as a result of Defendant's negligence.

8. Defendant Costco Wholesale Corporation was served with Plaintiff's Complaint by certified mail on January 25, 2021. At that time, the only evidence available regarding the nature and extent of Plaintiff's injury showed a small, superficial abrasion to her forehead without significant treatment.

9. On October 15, 2021, Plaintiff served Defendant with a demand in excess of $75,000, which was the first indication Defendant received that Plaintiff valued her injuries greater than the jurisdictional threshold amount in controversy.

10. Accordingly, this Notice of Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

11. Copies of all pleadings filed in the state court action that are in the possession of Defendant Costco Wholesale Corporation are attached as "Exhibit A".

12. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Marion County Superior Court No. 6 that this Notice of Removal is being filed in this Court.

**WHEREFORE**, Defendant Costco Wholesale Corporation, prays that the entire state court action pending in the Marion County Superior Court No. 6 of Indiana under Cause Number 49D06-2101-CT-002028 be removed to this Court for all further proceedings.

Dated:  October 18, 2021

                                            Respectfully submitted,

                                            KOPKA PINKUS DOLIN PC

                                By: */s/  Leslie B. Pollie*
                                            Leslie B. Pollie, Atty No. 25716-49
                                            Jessica N. Hamilton, Atty No. 34268-71
                                            Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2021, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.  Parties may access this filing through the Court's system.

Phillip Olsson
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
philo@kennunn.com
*Attorney for Plaintiff*

                                                  */s/  Leslie B. Pollie*

KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
lbpollie@kopkalaw.com